**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2468

ELMER C. HANSEN,

          Plaintiff - Appellant,

     v.

SIEMENS ENERGY, INC.,

          Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:12-cv-00370-GCM)

Submitted: April 25, 2013          Decided: April 29, 2013

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Elmer C. Hansen, Appellant Pro Se. Julie Kerr Adams, LITTLER MENDELSON PC, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elmer Hansen seeks to appeal the district court's order granting Siemens Energy, Inc.'s motion to dismiss his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Hansen v. Siemens Energy, Inc., No. 3:12-cv-00370-GCM (W.D.N.C. Nov. 1, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED